**Appeal Dismissed and Memorandum Opinion filed March 9, 2021.**



In The

# Fourteenth Court of Appeals

## NO. 14-20-00052-CR

**AJALON BAKER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 209th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1401041**

## MEMORANDUM OPINION

Appellant entered a guilty plea to possession of cocaine. In accordance with the terms of a plea bargain agreement with the State, the trial court accepted the plea and assessed punishment at confinement for two years in the Institutional Division of the Texas Department of Criminal Justice. Appellant was sentenced on December 11, 2013. Appellant's pro se notice of appeal was filed on January 14, 2020.

A notice of appeal that complies with the requirements of Texas Rule of Appellate Procedure 26 is essential to vest the court of appeals with jurisdiction. *Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996). Appellant's notice of appeal was not timely filed. *See* Tex. R. App. P. 26.2(a)(1), (2). When a notice of appeal is not timely filed, the court of appeals can take no action other than to dismiss the appeal for lack of jurisdiction. *See id.*

On February 3, 2021, the parties were notified that the appeal would be dismissed for lack of jurisdiction unless a party demonstrated that the court has jurisdiction. No response has been received.

Accordingly, the appeal is dismissed for lack of jurisdiction.


PER CURIAM


Panel consists of Chief Justice Christopher and Justices Spain and Wilson.
Do Not Publish — Tex. R. App. P. 47.2(b).